1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RODOLFO LIRA-ANDRADE

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      ) NO. CR-S-09-235 JAM
                                  )
13             Plaintiff,         ) **STIPULATION AND ORDER CONTINUING**
                                  ) **STATUS CONFERENCE**
14      v.                        )
                                  )
15                                ) Date:  August 18, 2009
   RODOLFO LIRA-ANDRADE,          ) Time:  9:30 a.m.
16                                ) Judge: John A. Mendez
               Defendant.         )
17                                )
   _____)
18

19      IT IS HEREBY STIPULATED AND AGREED TO between the United States of

20 America through Michael D. Anderson, Assistant United States Attorney,

21 and Rodolfo Lira-Andrade, by and through his counsel, Matthew C.

22 Bockmon, Assistant Federal Defender, that the Status Conference hearing

23 date of July 14, 2009, be vacated and a new Status Conference hearing

24 date of August 18, 2009, at 9:30 a.m. be set.

25      This continuance is being requested because defense counsel needs

26 additional time for ongoing defense preparation and for a pre-plea

27 presentence report.

28 ///

1  IT IS FURTHER STIPULATED that the period from July 14, 2009,
2 through and including August 18, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6 Dated: July 13, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bockmon*
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
RODOLFO LIRA-ANDRADE

Dated: July 13, 2009

LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Matthew C. Bockmon for*
   *Michael D. Anderson*
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  July 13, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

Stip & Order                                  2