DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RODOLFO LIRA-ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-235 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| ) | Date: October 6, 2009 |
| RODOLFO LIRA-ANDRADE, ) | Time: 9:30 a.m. |
| ) | Judge: John A. Mendez |
| Defendant. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Rodolfo Lira-Andrade, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the Status Conference hearing date of August 18, 2009, be vacated and a new Status Conference hearing date of October 6, 2009, at 9:30 a.m. be set.

   This continuance is being requested because defense counsel will not be available as he will be commencing a two week jury trial in the matter of US v. Groves on that date.

///

1  IT IS FURTHER STIPULATED that the period from August 18, 2009,
2 through and including October 6, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6 Dated: August 14, 2009                    Respectfully submitted,

7                                           DANIEL J. BRODERICK
                                            Federal Defender
8
                                            */s/ Matthew C. Bockmon*
9                                           _____
10                                          MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
11                                          RODOLFO LIRA-ANDRADE
12
Dated: August 14, 2009                     LAWRENCE G. BROWN
13                                         Acting United States Attorney

14                                         */s/ Matthew C. Bockmon for
                                              Michael D. Anderson*
15                                         _____
                                           MICHAEL D. ANDERSON
16                                         Assistant U.S. Attorney

17

18

19                              **O R D E R**

20
IT IS SO ORDERED.
21
Dated: August 14, 2009
22

23
                                           /s/ John A. Mendez
24                                         JOHN A. MENDEZ
                                           United States District Judge
25

26

27

28

Stip & Order                              2